IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ERIC HAMILTON,

      Appellant,

v.

FEDERAL          NATIONAL
MORTGAGE ASSOCIATION,

      Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D13-6085

_____/

Opinion filed November 14, 2014.

An appeal from the Circuit Court for Calhoun County.
Kevin Grover, Judge.

Eric Hamilton, pro se, Appellant.

Daniel S. Stein and Mary Pascal of Popkin & Rosaler, P. A., Deerfield Beach, for
Appellee.

PER CURIAM.

     AFFIRMED.

THOMAS, ROBERTS, and ROWE, JJ., CONCUR.